**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                        Case No. 05-cr-110-01-PB

**Joshua Meier**

**O R D E R**

The defendant has moved to continue the September 7, 2005 trial in the above case, citing the need for additional time to negotiate a plea agreement or otherwise prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from September 7, 2005 to November 1, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 31, 2005 final pretrial conference is continued until October 18, 2005 at 4:30 p.m.

SO ORDERED.


/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 31, 2005

cc:  Lincoln Soldati, Esq.
     Donald Feith, AUSA
     United States Probation
     United States Marshal