UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                          Case No. 05-cr-110-PB

**Joshua Meier**

**O R D E R**

The defendant has moved to continue the November 1, 2005 trial in the above case, citing the need for additional time to engage in further plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from November 1, 2005 to January 4, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 18, 2005 final pretrial conference is continued until December 19, 2006 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 18, 2005

cc: Lincoln Soldati, Esq.
Donald Feith, AUSA
United States Probation
United States Marshal