UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States</u>

        v.                                Criminal No. 05-cr-110-01-PB

<u>Joshua Meier</u>


O R D E R

I hereby recuse myself from presiding over this case and direct the Clerk to reassign the case to another judge.

SO ORDERED.


August 11, 2007                                    /s/ Paul Barbadoro
                                                                 Paul Barbadoro
                                                                 United States District Judge


cc:     Donald Feith, Esq.
        Paul Maggiotto, Esq.
        U. S. Marshal
        U. S. Probation
        Daniel Lustenberger, Esq.